IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHIHEAN JONES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1650 |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 12th day of June, 2025, upon consideration of Plaintiff Chihean Jones's Motion to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 1), and Inmate Trust Account Statement (ECF No. 10) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**